## Theresa LIECHTI, Plaintiff—Appellant,

### v.

## OMNI HOTELS MANAGEMENT CORPORATION, a Delaware corporation, Defendant—Appellee.

---

**Theresa Liechti, Plaintiff—Appellee,**

### v.

**Omni Hotels Management Corporation, a Delaware corporation, Defendant—Appellant.**

**No. 02–57080, 02–57159.
D.C. No. CV–01–06247–ER.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 2, 2004.[*]

Decided Feb. 19, 2004.

Lenton Aikins, Esq., The Aikins Law Firm, Long Beach, CA, Dilip Vithlani, Norwalk, CA, for Plaintiff–Appellant/Plaintiff–Appellee.

John P. Zaimes, Esq., Candis Watson Bowles, Weston, Benshoof, Rochefort, Rubalcava and Mac Cuish, LLP, Los Angeles, CA, for Defendant–Appellee/Defendant–Appellant.

Before KOZINSKI, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

## MEMORANDUM [**]

The surveillance by closed circuit television was insufficient to create a hostile

---

[*] This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

working environment, and Omni Hotels Management Corporation took prompt action. Accordingly, we AFFIRM the district court's grant of summary judgment. Because we affirm the summary judgment, we need not reach the issues raised by the cross-appeal.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.